IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



CRISTY MARIE BRIGHT, §
§
Petitioner, §
§
v. § 2:21-CV-144-Z-BR
§
UNITED STATES OF AMERICA, §
§
Respondent. §

## ORDER

Before the Court is the Findings, Conclusions, and Recommendation ("FCR") report of the United States Magistrate Judge to dismiss the Motion to Vacate by Petitioner in this case (ECF No. 6). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**, and the Motion to Vacate is dismissed **WITHOUT PREJUDICE**.

**SO ORDERED**.

November 23, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE